**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)     Case Number **09–36298–KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 9/28/09 and was converted to a case under chapter 7 on 2/22/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Solomon D. Burison Jr.<br>2206 Bowlin Court<br>Richmond, VA 23235 | Sabrena W. Burison<br>2206 Bowlin Court<br>Richmond, VA 23235 |
| Case Number:   09–36298–KRH<br>Office Code:   3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–7211<br>xxx–xx–2809 |
| Attorney for Debtor(s) (name and address):<br>Pia J. North<br>North & Associates, P.C.<br>5913 Harbour Park Drive<br>Midlothian, VA 23112<br>Telephone number:  804–739–3700 | Bankruptcy Trustee (name and address):<br>Sherman B. Lubman<br>P.O. Box 5757<br>Glen Allen, VA 23058–5757<br>Telephone number:  804–290–4490 |

### Meeting of Creditors:
Date: **4/2/12**      Time: **10:00 AM**

Location: **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**6/1/12**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  February 23, 2012 |

## EXPLANATIONS                                      B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 09-36298-KRH
Solomon D. Burison, Jr.  Chapter 7
Sabrena W. Burison
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7      User: kobusk      Page 1 of 5      Date Rcvd: Feb 23, 2012
                Form ID: B9A     Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2012.

```
db/jdb     +Solomon D. Burison, Jr.,    Sabrena W. Burison,    2206 Bowlin Court,    Richmond, VA 23235-6347
aty         Paul S. Bliley, Jr.,    Williams, Mullen, Clark & Dobbins,    1021 East Cary Street,
              P. O. Box 1320,    Richmond, VA  23218-1320
cr         +HCA Health Services of Vrginia, Inc.,    c/o Paul S. Bliley, Jr.,    P.O. Box 1320,
              Richmond, Va 23218-1320
9205991    +Alliance 1,    4850 Street Rd Ste 300,    Trevose, PA 19053-6643
10988678    Allied Int,    300 Corporate Exch,    Columbus, OH 43231
9261447    +AmeriCredit Fin'l Serv Bankrup,    12125 Herbert Wayne Ct.Ste 100,    Huntersville, NC 28078-6317
9412948    +Anointed Instructions,    Michael Simon,    c/o Howard Gould, PC,    PO Box 3231,
              Hampton, VA 23663-0231
9290811     BB&T Bankruptcy,    PO Box 1847 Wilson NC 27894
10988687   +CJW Medical Center,    Post Office Box 99008,    Bedford, TX 76095-9108
9206010    +CJW Medical Center,    C/O Focused Recovery Solution,    9701 Metropolitan Ct,    Suite B,
              Richmond, VA 23236-3690
9205997     Calvary Portfolio Services,    P.O. Box 27288,    Tempe, AZ 85285-7288
9205996    +Calvary Portfolio Services,    Attention: Bankruptcy Department,    Po Box 1017,
              Hawthorne, NY 10532-7504
9261448    +Cape Landing,    Robert J Bernhardt,    P.O. Box 30817,    Charlotte, NC 28230-0817
9261449    +Car Mart,    2706 Williamsburg Road,    Richmond, VA 23231-2033
10988685   +Chesterfield County - PP Taxes,    Richard A. Cordle, Treasurer,    Post Office Box 26585,
              Richmond, VA 23261-6585
9205998    +Chippenham JW Med Center,    P. O. Box 99587,    Louisville, KY 40269-0587
9206000    +Comcast,    PO BOX 3002,    Southeastern, PA 19398-3002
9206001    +Comcast Cablevision,    8031 Corporate Drive,    Nottingham, MD 21236-4986
9206002     Commonwealth of VA-Tax,    P.O. Box 2156,    Richmond, VA 23218-2156
9206003    +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
9206005   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,    Attn: System Credit,
              Post Office Box 26666,    Richmond, VA 23261)
9206007    +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
9206009   ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
             (address filed with court: Focus Recry,    97 Metropolitan Co,    Richmond, VA 23236)
9206008    #+Firstsource Healthcare,    10 Tara Boulevard,    Suite 410,    Nashua, NH 03062-2800
10988689   +Focused Recovery,    9701 Metropolitan Ct Ste B,    Richmond, VA 23236-3690
10988690   +Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
10988691    G. Woodworth Johnson, DDS,    Courthouse Commons,    418 E. Parham Road,    Henrico, VA 23228
9206011    +Glasser & Glasser,    580 East Main Street,    Suite 600,    Norfolk, VA 23510-2322
9206012    +Howard Gould, P.C.,    14 W. Mellen Street,    Hampton, VA 23663-2306
9206013    +IC System Inc,    PO Box 64378,    Saint Paul, MN 55164-0378
9206016     M. Richard Epps, P.C.,    650 Lynnhaven Parkway,    Suite 100,    Virginia Beach, VA 23452
10988694  ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: Nco Fin/38,    Po Box 13564,    Philadelphia, PA 19101)
9345661     MCV HOSPITAL,    P O BOX 980462,    RICHMOND, VA 23298-0462
9206019    +MCV Hospital,    P.O. Box 758721,    Baltimore, MD 21275-8721
9206020     MCV Physicians,    fka MCV Associated Physicians,    1605 Rhoadmiller Street,
              Richmond, VA 23220-1100
9206018    +Matchpoint Apts,    5846 Westower Drive Apt B,    Richmond, VA 23225-2746
9206021    +Michael Simon & T/A Anointed I,    306 Tyler Avenue,    Newport News, VA 23601-4110
9206022    +Michael Wayne Invest,    6348 E Va Beach Blvd,    Norfolk, VA 23502-2827
9206023    +NCO,    P.O. Box 585,    Ramsey, NJ 07446-0585
9206024    +NCO Financial,    1804 Washington Blvd,    Dept 600,    Baltimore, MD 21230-1700
9206025    +NCO Financial Systems,    PO Box 15618 Dept 38,    Wilmington, DE 19850-5618
9206026    +Newport News General District,    2500 Washington Ave.,    Newport News, VA 23607-4355
9206042    +Norman Washington,    2812 Hawthorne Avenue,    Richmond, VA 23222-3523
9274118    #North & Associates, P.C.,    8014 Midlothian Tpke., Suite 202,    Richmond, VA 23235-5291
9206028    +Parsons, Ouverson, Stark,,    11915 Plaza Drive,    P.O. Box 2850,    Murrells Inlet, SC 29576-2664
9206029    +Public Storage,    5440 Midlothian Turnpike,    Richmond, VA 23225-6110
9206030    +Radiology Ass. of Richmond, In,    P.O. Box 13343,    Richmond, VA 23225-0343
10988697   +Radiology Assc of Richmond,    2602 Buford Road,    Richmond, VA 23235-3422
9261450    +Rue & Associates,    7264 Hanover Green Drive,    Mechanicsville, VA 23111-1706
9206033    +SC State Education Assistance Authority,    Po Box 210219,    Columbia, SC 29221-0219
9206034    +Sc Student Loan Corp,    Po Box 21487,    Columbia, SC 29221-1487
9261451    +Sheey Ford,    10601 Midlothian Tpke,    Richmond, VA 23235-4411
10988699   +VCU Dept of Pathology,    P. O. Box  758721,    Baltimore, MD 21275-8721
9206036     VCU Health Systems,    PO Box 758721,    Baltimore, MD 21275-8721
9206038    +Verizon - Bankrutpcy Dept,    P.O. Box 3397,    Wilmington, IL 61702-3397
10988702   +Virginia Emergency Phy,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
10988703   +Virginia Emergency Phys LLP,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
9206040    +Virginia Emergency Physicians,    P. O. Box 17694,    Baltimore, MD 21297-1694
9206041     Washington Mutual Fi,    3322 Inilet Crossing,    Murrells Inlet, SC 29576
9261445    +William Altman,    714 Seventh Avenue N,    Myrtle Beach, SC 29575-4107
10988679   +William Altman, DDS,    714 Seventh Avenue N,    Myrtle Beach, SC 29575-4107
9206043    +Windham Professionals,    P.O. Box 1048,    380 Main Street,    Salem, NH 03079-2412
```

```
District/off: 0422-7          User: kobusk              Page 2 of 5                 Date Rcvd: Feb 23, 2012
                              Form ID: B9A             Total Noticed: 96


10988704      Woodforest Nat'l Bank,    Post Office Box 24459,     Houston, TX 77229-4459
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: northlawhelp@pianorth.com Feb 24 2012 07:04:22     Pia J. North,
               North & Associates, P.C.,    5913 Harbour Park Drive,    Midlothian, VA 23112
tr            EDI: QSBLUBMAN.COM Feb 24 2012 04:09:00      Sherman B. Lubman,    P.O. Box 5757,
               Glen Allen, VA 23058-5757
cr            E-mail/Text: ebn@vativrecovery.com Feb 24 2012 07:45:18     VATIV RECOVERY SOLUTIONS LLC,
               P.O. Box 40728,    Houston, TX 77240-0728
9205990       EDI: AFNIRECOVERY.COM Feb 24 2012 04:08:00      AFNI,   404 Brock Drive,    Post Office Box 3427,
               Bloomington, IL 61702-3427
9236757       EDI: AIS.COM Feb 24 2012 04:08:00      AMERICAN INFOSOURCE LP AS AGENT FOR,
               T MOBILE/T-MOBILE USA INC,    PO Box 248848,   Oklahoma City, OK 73124-8848
9225298       EDI: PHINAMERI.COM Feb 24 2012 04:08:00      AmeriCredit Financial Services, Inc.,    PO Box 183853,
               Arlington, TX 76096
9261446       EDI: PHINAMERI.COM Feb 24 2012 04:08:00      Americredit,    P.O. Box 99605,   Arlington, TX 76096
9205992       EDI: PHINAMERI.COM Feb 24 2012 04:08:00      Americredit,    Po Box 183853,   Arlington, TX 76096
9312198      +EDI: PHINAMERI.COM Feb 24 2012 04:08:00      AmeriCredit Financial Services, Inc.,
               c/o M. Richard Epps, P.C.,    605 Lynnhaven Parkway,    Virginia Beach, VA 23452-7313
9205993      +EDI: ARROW.COM Feb 24 2012 04:08:00      Arrow Financial Services,    5996 W Touhy Ave,
               Niles, IL 60714-4610
9205995       E-mail/Text: bankruptcy@bbandt.com Feb 24 2012 07:21:32     BB&T,   Collections Support Unit,
               Post Office Box 2322,    Lumberton, NC 28359
9205994      +EDI: BANKAMER.COM Feb 24 2012 04:08:00      Bank of America,    P.O. Box 45224,
               Jacksonville, FL 32232-5224
10988683     +E-mail/Text: cindy.morgan@capiopartners.com Feb 24 2012 07:42:39     Capio Partners Llc,
               2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
9205999      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 24 2012 08:03:00      City of Richmond,
               Department of Public Utilties,    P.O. Box 26060,    Richmond, VA 23274-0001
10988686     +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 24 2012 08:03:00      City of Richmond,
               Personal Property Tax Assmnt,    900 E. Broad Street - Rm 102,    Richmond, VA 23219-1907
9275340      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Feb 24 2012 08:03:00
               City of Richmond, Virginia,    Attn: D. Padgett, City Hall, Room 100,    900 East Broad Street,
               Richmond VA 23219-6115,    804-646-0103
9206004      +EDI: CREDPROT.COM Feb 24 2012 04:08:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
               Dallas, TX 75240-6837
9229565       EDI: TSYS2.COM Feb 24 2012 04:08:00      DEPARTMENT STORES NATIONAL BANK/MACY'S,
               TOTAL DEBT MANAGEMENT,    PO BOX 137,   COLUMBUS, GA 31902-0137
9206006      +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Feb 24 2012 07:40:18     Dt Credit Co,    Po Box 29018,
               Phoenix, AZ 85038-9018
9206013      +EDI: ICSYSTEM.COM Feb 24 2012 04:09:00      IC System Inc,    PO Box 64378,
               Saint Paul, MN 55164-0378
9206014       EDI: IRS.COM Feb 24 2012 04:08:00      Internal Revenue Service,    Insolvency Unit,
               Post Office Box 21126,    Philadelphia, PA 19114
9374448       EDI: RESURGENT.COM Feb 24 2012 04:08:00      LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
9206015      +EDI: RESURGENT.COM Feb 24 2012 04:08:00      Lvnv Funding,   P.o. B 10584,
               Greenville, SC 29603-0584
9206017      +EDI: TSYS2.COM Feb 24 2012 04:08:00      Macys/fdsb,   Macy's Bankruptcy,    Po Box 8053,
               Mason, OH 45040-8053
9206024      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 24 2012 08:20:24     NCO Financial,
               1804 Washington Blvd,    Dept 600,   Baltimore, MD 21230-1700
9206025      +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 24 2012 08:20:25     NCO Financial Systems,
               PO Box 15618 Dept 38,    Wilmington, DE 19850-5618
9206027      +E-mail/Text: ebn@vativrecovery.com Feb 24 2012 07:45:18     Palisades,    210 Sylvan Ave.,
               Englewood Cliffs, NJ 07632-2510
9413340      +E-mail/Text: ebn@vativrecovery.com Feb 24 2012 07:45:18     Palisades Acquisition IX LLC,
               Vativ Recovery Solutions, LLC,    c/o Palisades Acquisition IX LLC,    P.O Box 19249,
               Sugar Land, TX 77496-9249
10528568      E-mail/Text: ebn@vativrecovery.com Feb 24 2012 07:45:18     Palisades Acquisition IX LLC,
               Vativ Recovery Solutions, LLC, sba SMC,    P.O.Box 40728,   Houston, TX 77240-0728
10988696     +EDI: AMINFOFP.COM Feb 24 2012 04:08:00      Premier Bank,   PO BOX 5147,
               Sioux Falls, SD 57117-5147
9206031      +E-mail/Text: bankruptcy@rmcorp.biz Feb 24 2012 07:42:43     Regional Finance,    605 W Broadway,
               Myrtle Beach, SC 29577-3814
9206035       EDI: NEXTEL.COM Feb 24 2012 04:08:00      Sprint BANKRUPTCY Dept,    P.O. Box 172408,
               Denver, CO 80217-2408
9455938      +EDI: SALMAESERVICING.COM Feb 24 2012 04:08:00      Sallie Mae ECMC,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre,PA 18706-1496
9206032      +EDI: SALMAESERVICING.COM Feb 24 2012 04:08:00      Sallie Mae-ffelp,    1002 Arthur Dr,
               Lynn Haven, FL 32444-1683
9428415      +EDI: AFNIVERIZONE.COM Feb 24 2012 04:08:00      Verizon,   PO Box 3037,
               Bloomington, IL 61702-3037
9206039      +EDI: AFNIVERIZONE.COM Feb 24 2012 04:08:00      Verizon Virginia Inc,    500 Technology Dr,
               Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 36
```

```
District/off: 0422-7          User: kobusk              Page 3 of 5             Date Rcvd: Feb 23, 2012
                              Form ID: B9A              Total Noticed: 96


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Focused Recovery Solutions, Inc.
cr*          ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,    PO Box 183853,
                 Arlington, TX  76096)
10988680*    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P.O. Box 99605,    Arlington, TX 76096)
10988707*    ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P.O. Box 99605,    Arlington, TX 76096)
10988705*     Allied Int,    300 Corporate Exch,    Columbus, OH 43231
10988681*    +AmeriCredit Fin'l Serv Bankrup,    12125 Herbert Wayne Ct.Ste 100,    Huntersville, NC 28078-6317
10988708*    +AmeriCredit Fin'l Serv Bankrup,    12125 Herbert Wayne Ct.Ste 100,    Huntersville, NC 28078-6317
10988714*    +CJW Medical Center,    Post Office Box 99008,    Bedford, TX 76095-9108
10988682*    +Cape Landing,    Robert J Bernhardt,    P.O. Box 30817,    Charlotte, NC 28230-0817
10988709*    +Cape Landing,    Robert J Bernhardt,    P.O. Box 30817,    Charlotte, NC 28230-0817
10988710*    +Capio Partners Llc,    2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
10988684*    +Car Mart,    2706 Williamsburg Road,    Richmond, VA 23231-2033
10988711*    +Car Mart,    2706 Williamsburg Road,    Richmond, VA 23231-2033
10988712*    +Chesterfield County - PP Taxes,    Richard A. Cordle, Treasurer,    Post Office Box 26585,
                 Richmond, VA 23261-6585
10988713*    +City of Richmond,    Personal Property Tax Assmnt,    900 E. Broad Street - Rm 102,
                 Richmond, VA 23219-1907
10988688*   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    Attn: System Credit,
                 Post Office Box 26666,    Richmond, VA 23261)
10988715*   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    Attn: System Credit,
                 Post Office Box 26666,    Richmond, VA 23261)
10988716*    +Focused Recovery,    9701 Metropolitan Ct Ste B,    Richmond, VA 23236-3690
10988717*    +Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
10988718*    +G. Woodworth Johnson, DDS,    Courthouse Commons,    418 E. Parham Road,    Henrico, VA 23228
10988721*   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: Nco Fin/38,    Po Box 13564,    Philadelphia, PA 19101)
10988692*     MCV Physicians,    fka MCV Associated Physicians,    1605 Rhoadmiller Street,
                 Richmond, VA 23220-1100
10988719*     MCV Physicians,    fka MCV Associated Physicians,    1605 Rhoadmiller Street,
                 Richmond, VA 23220-1100
10988693*     Michael Wayne Invest,    6348 E Va Beach Blvd,    Norfolk, VA 23502-2827
10988720*     Michael Wayne Invest,    6348 E Va Beach Blvd,    Norfolk, VA 23502-2827
10988722*    +Pettus & Company Realtors,    303 Twinridge Lane,    Richmond, VA 23235-5245
10988723*    +Premier Bank,    PO BOX 5147,    Sioux Falls, SD 57117-5147
10988724*    +Radiology Assc of Richmond,    2602 Buford Road,    Richmond, VA 23235-3422
10988698*    +Rue & Associates,    7264 Hanover Green Drive,    Mechanicsville, VA 23111-1706
10988725*    +Rue & Associates,    7264 Hanover Green Drive,    Mechanicsville, VA 23111-1706
10988726*    +VCU Dept of Pathology,    P. O. Box  758721,    Baltimore, MD 21275-8721
10988700*     VCU Health Systems,    PO Box 758721,    Baltimore, MD 21275-8721
10988727*     VCU Health Systems,    PO Box 758721,    Baltimore, MD 21275-8721
10988701*    +Verizon - Bankrutpcy Dept,    P.O. Box 3397,    Wilmington, IL 61702-3397
10988728*    +Verizon - Bankrutpcy Dept,    P.O. Box 3397,    Wilmington, IL 61702-3397
10988729*    +Virginia Emergency Phy,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
10988730*    +Virginia Emergency Phys LLP,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
10988706*    +William Altman, DDS,    714 Seventh Avenue N,    Myrtle Beach, SC 29575-4107
10988731*     Woodforest Nat'l Bank,    Post Office Box 24459,    Houston, TX 77229-4459
10988695     ##+Pettus & Company Realtors,    303 Twinridge Lane,    Richmond, VA 23235-5245
9206037      ##+Verizon,    408 Broad Street,    Charleston, WV 25301-1713
                                                                                               TOTALS: 1, * 38, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7          User: kobusk              Page 4 of 5             Date Rcvd: Feb 23, 2012
                              Form ID: B9A             Total Noticed: 96

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0422-7          User: kobusk              Page 5 of 5              Date Rcvd: Feb 23, 2012
                              Form ID: B9A              Total Noticed: 96
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2012 at the address(es) listed below:

          Paul S. Bliley    on behalf of Creditor   Focused Recovery Solutions, Inc.
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com

          Pia J. North    on behalf of Debtor Solomon Burison
           katreena@pianorth.com;lawdesk.northlaw@verizon.net;northlaw@pianorth.com;lawdesk@pianorth.com;billie@pianorth.com;mandy@pianorth.com;pat@pianorth.com;notices.northlaw@earthlink.net;bkynotices@gmail.com

          Robert E. Hyman    station08@ricva.net,
           notices@access13.com;station03@ricva.net;station04@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ricva.net;station13@ricva.net

          Sherman B. Lubman    lubmans@comcast.net,   slubman@ecf.epiqsystems.com

                                                                                             TOTAL: 4