B18J (Form 18J) (08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 09−36298−KRH
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Solomon D. Burison Jr. | Sabrena W. Burison |
| 6346 Midlothian Turnpike | 6346 Midlothian Turnpike |
| Richmond, VA 23225 | Richmond, VA 23225 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−7211                                    Joint Debtor: xxx−xx−2809

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA                                             Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Solomon D. Burison Jr. and Sabrena W. Burison are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: June 5, 2012                                      William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 09-36298-KRH
Solomon D. Burison, Jr.                                                   Chapter 7
Sabrena W. Burison
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: kobusk           Page 1 of 5            Date Rcvd: Jun 05, 2012
                              Form ID: B18           Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2012.

```
db/jdb     +Solomon D. Burison, Jr.,   Sabrena W. Burison,   6346 Midlothian Turnpike,
             Richmond, VA 23225-5708
cr         +HCA Health Services of Vrginia, Inc.,   c/o Paul S. Bliley, Jr.,   P.O. Box 1320,
             Richmond, Va 23218-1320
9205991    +Alliance 1,   4850 Street Rd Ste 300,   Trevose, PA 19053-6643
10988678    Allied Int,   300 Corporate Exch,   Columbus, OH 43231
9261447    +AmeriCredit Fin'l Serv Bankrup,   12125 Herbert Wayne Ct.Ste 100,   Huntersville, NC 28078-6317
9412948    +Anointed Instructions,   Michael Simon,   c/o Howard Gould, PC,   PO Box 3231,
             Hampton, VA 23663-0231
9290811     BB&T Bankruptcy,   PO Box 1847 Wilson NC 27894
9206010    +CJW Medical Center,   C/O Focused Recovery Solution,   9701 Metropolitan Ct,   Suite B,
             Richmond, VA 23236-3690
10988687   +CJW Medical Center,   Post Office Box 99008,   Bedford, TX 76095-9108
9205997     Calvary Portfolio Services,   P.O. Box 27288,   Tempe, AZ 85285-7288
9205996    +Calvary Portfolio Services,   Attention: Bankruptcy Department,   Po Box 1017,
             Hawthorne, NY 10532-7504
9261448    +Cape Landing,   Robert J Bernhardt,   P.O. Box 30817,   Charlotte, NC 28230-0817
9261449    +Car Mart,   2706 Williamsburg Road,   Richmond, VA 23231-2033
10988685   +Chesterfield County - PP Taxes,   Richard A. Cordle, Treasurer,   Post Office Box 26585,
             Richmond, VA 23261-6585
9205998    +Chippenham JW Med Center,   P. O. Box 99587,   Louisville, KY 40269-0587
9206000    +Comcast,   PO BOX 3002,   Southeastern, PA 19398-3002
9206001    +Comcast Cablevision,   8031 Corporate Drive,   Nottingham, MD 21236-4986
9206002     Commonwealth of VA-Tax,   P.O. Box 2156,   Richmond, VA 23218-2156
9206003    +Contract Callers Inc,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
9206005   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
           (address filed with court: Dominion Virginia Power,   Attn: System Credit,
             Post Office Box 26666,   Richmond, VA 23261)
9206007    +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
9206009   ++FOCUSED RECOVERY SOLUTIONS,   9701 METROPOLITAN COURT,   STE B,   RICHMOND VA 23236-3690
           (address filed with court: Focus Recry,   97 Metropolitan Co,   Richmond, VA 23236)
9206008    #+Firstsource Healthcare,   10 Tara Boulevard,   Suite 410,   Nashua, NH 03062-2800
10988689   +Focused Recovery,   9701 Metropolitan Ct Ste B,   Richmond, VA 23236-3690
10988690   +Fredericksburg Cr Bur,   10506 Wakeman Dr,   Fredericksburg, VA 22407-8040
10988691   +G. Woodworth Johnson, DDS,   Courthouse Commons,   418 E. Parham Road,   Henrico, VA 23228
9206011    +Glasser & Glasser,   580 East Main Street,   Suite 600,   Norfolk, VA 23510-2322
9206012    +Howard Gould, P.C.,   14 W. Mellen Street,   Hampton, VA 23663-2306
9206016     M. Richard Epps, P.C.,   650 Lynnhaven Parkway,   Suite 100,   Virginia Beach, VA 23452
9345661     MCV HOSPITAL,   P O BOX 980462,   RICHMOND, VA 23298-0462
9206019    +MCV Hospital,   P.O. Box 758721,   Baltimore, MD 21275-8721
9206020     MCV Physicians,   fka MCV Associated Physicians,   1605 Rhoadmiller Street,
             Richmond, VA 23220-1100
9206018    +Matchpoint Apts,   5846 Westower Drive Apt B,   Richmond, VA 23225-2746
9206021    +Michael Simon & T/A Anointed I,   306 Tyler Avenue,   Newport News, VA 23601-4110
9206022    +Michael Wayne Invest,   6348 E Va Beach Blvd,   Norfolk, VA 23502-2827
9206023    +NCO,   P.O. Box 585,   Ramsey, NJ 07446-0585
9206026    +Newport News General District,   2500 Washington Ave.,   Newport News, VA 23607-4355
9206042    +Norman Washington,   2812 Hawthorne Avenue,   Richmond, VA 23222-3523
9274118    #North & Associates, P.C.,   8014 Midlothian Tpke., Suite 202,   Richmond, VA 23235-5291
9206028    +Parsons, Ouverson, Stark,,   11915 Plaza Drive,   P.O. Box 2850,   Murrells Inlet, SC 29576-2664
9206029    +Public Storage,   5440 Midlothian Turnpike,   Richmond, VA 23225-6110
9206030    +Radiology Ass. of Richmond, In,   P.O. Box 13343,   Richmond, VA 23225-0343
10988697   +Radiology Assc of Richmond,   2602 Buford Road,   Richmond, VA 23235-3422
9261450    +Rue & Associates,   7264 Hanover Green Drive,   Mechanicsville, VA 23111-1706
9206034   ++SC STUDENT LOAN CORP,   PO BOX 102423,   COLUMBIA SC 29224-2423
           (address filed with court: Sc Student Loan Corp,   Po Box 21487,   Columbia, SC 29221)
9206033   ++STATE EDUCATION ASSISTANCE AUTHORITY,   POST OFFICE BOX 102425,   COLUMBIA SC 29224-2425
           (address filed with court: SC State Education Assistance Authority,   Po Box 210219,
             Columbia, SC 29170)
9261451    +Sheey Ford,   10601 Midlothian Tpke,   Richmond, VA 23235-4411
10988699   +VCU Dept of Pathology,   P. O. Box 758721,   Baltimore, MD 21275-8721
9206036     VCU Health Systems,   PO Box 758721,   Baltimore, MD 21275-8721
9206038    +Verizon - Bankrutpcy Dept,   P.O. Box 3397,   Wilmington, IL 61702-3397
10988702   +Virginia Emergency Phy,   75 Remittance Drive,   Suite 1151,   Chicago, IL 60675-1151
10988703   +Virginia Emergency Phys LLP,   75 Remittance Drive,   Suite 1151,   Chicago, IL 60675-1151
9206040    +Virginia Emergency Physicians,   P. O. Box 17694,   Baltimore, MD 21297-1694
9206041     Washington Mutual Fi,   3322 Inilet Crossing,   Murrells Inlet, SC 29576
9261445    +William Altman,   714 Seventh Avenue N,   Myrtle Beach, SC 29575-4107
10988679   +William Altman, DDS,   714 Seventh Avenue N,   Myrtle Beach, SC 29575-4107
9206043    +Windham Professionals,   P.O. Box 1048,   380 Main Street,   Salem, NH 03079-2412
10988704    Woodforest Nat'l Bank,   Post Office Box 24459,   Houston, TX 77229-4459
```

```
District/off: 0422-7           User: kobusk              Page 2 of 5                   Date Rcvd: Jun 05, 2012
                               Form ID: B18              Total Noticed: 95

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QSBLUBMAN.COM Jun 06 2012 02:03:00      Sherman B. Lubman,   P.O. Box 5757,
               Glen Allen, VA  23058-5757
cr             E-mail/Text: ebn@vativrecovery.com Jun 06 2012 03:31:39      VATIV RECOVERY SOLUTIONS LLC,
               P.O. Box 40728,   Houston, TX  77240-0728
9205990        EDI: AFNIRECOVERY.COM Jun 06 2012 02:03:00      AFNI,   404 Brock Drive,   Post Office Box 3427,
               Bloomington, IL 61702-3427
9236757        EDI: AIS.COM Jun 06 2012 02:03:00      AMERICAN INFOSOURCE LP AS AGENT FOR,
               T MOBILE/T-MOBILE USA INC,   PO Box 248848,   Oklahoma City, OK  73124-8848
9225298        EDI: PHINAMERI.COM Jun 06 2012 02:03:00      AmeriCredit Financial Services, Inc.,   PO Box 183853,
               Arlington, TX 76096
9261446        EDI: PHINAMERI.COM Jun 06 2012 02:03:00      Americredit,   P.O. Box 99605,   Arlington, TX 76096
9205992        EDI: PHINAMERI.COM Jun 06 2012 02:03:00      Americredit,   Po Box 183853,   Arlington, TX 76096
9312198       +EDI: PHINAMERI.COM Jun 06 2012 02:03:00      AmeriCredit Financial Services, Inc.,
               c/o M. Richard Epps, P.C.,   605 Lynnhaven Parkway,   Virginia Beach, VA 23452-7313
9205993       +EDI: ARROW.COM Jun 06 2012 02:03:00      Arrow Financial Services,   5996 W Touhy Ave,
               Niles, IL 60714-4610
9205995        E-mail/Text: bankruptcy@bbandt.com Jun 06 2012 02:24:08       BB&T,   Collections Support Unit,
               Post Office Box 2322,   Lumberton, NC 28359
9205994       +EDI: BANKAMER.COM Jun 06 2012 02:03:00      Bank of America,   P.O. Box 45224,
               Jacksonville, FL 32232-5224
10988683      +EDI: CAPIO.COM Jun 06 2012 02:03:00      Capio Partners Llc,   2222 Texoma Pkwy Ste 150,
               Sherman, TX 75090-2481
9205999       +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jun 06 2012 03:24:05      City of Richmond,
               Department of Public Utilties,   P.O. Box 26060,   Richmond, VA 23274-0001
10988686      +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jun 06 2012 03:24:05      City of Richmond,
               Personal Property Tax Assmnt,   900 E. Broad Street - Rm 102,   Richmond, VA 23219-1907
9275340       +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Jun 06 2012 03:24:05
               City of Richmond, Virginia,   Attn: D. Padgett, City Hall, Room 100,   900 East Broad Street,
               Richmond VA 23219-6115,   804-646-0103
9206004       +EDI: CREDPROT.COM Jun 06 2012 02:03:00      Credit Protection Asso,   13355 Noel Rd Ste 2100,
               Dallas, TX 75240-6837
9229565        EDI: TSYS2.COM Jun 06 2012 02:03:00      DEPARTMENT STORES NATIONAL BANK/MACY’S,
               TOTAL DEBT MANAGEMENT,   PO BOX 137,   COLUMBUS, GA  31902-0137
9206006       +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Jun 06 2012 02:59:11      Dt Credit Co,   Po Box 29018,
               Phoenix, AZ 85038-9018
9206013       +EDI: ICSYSTEM.COM Jun 06 2012 02:03:00      IC System Inc,   PO Box 64378,
               Saint Paul, MN 55164-0378
9206014        EDI: IRS.COM Jun 06 2012 02:03:00      Internal Revenue Service,   Insolvency Unit,
               Post Office Box 21126,   Philadelphia, PA 19114
9374448        EDI: RESURGENT.COM Jun 06 2012 02:03:00      LVNV Funding LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
9206015       +EDI: RESURGENT.COM Jun 06 2012 02:03:00      Lvnv Funding,   P.o. B   10584,
               Greenville, SC 29603-0584
10988694       E-mail/Text: bankruptcydepartment@ncogroup.com Jun 06 2012 04:36:20       Nco Fin/38,
               Po Box 13564,   Philadelphia, PA 19101
9206017       +EDI: TSYS2.COM Jun 06 2012 02:03:00      Macys/fdsb,   Macy’s Bankruptcy,   Po Box 8053,
               Mason, OH 45040-8053
9206024       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 06 2012 04:36:20       NCO Financial,
               1804 Washington Blvd,   Dept 600,   Baltimore, MD 21230-1700
9206025       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 06 2012 04:36:20       NCO Financial Systems,
               PO Box 15618 Dept 38,   Wilmington, DE 19850-5618
9206027       +E-mail/Text: ebn@vativrecovery.com Jun 06 2012 03:31:39      Palisades,   210 Sylvan Ave.,
               Englewood Cliffs, NJ 07632-2510
9413340       +E-mail/Text: ebn@vativrecovery.com Jun 06 2012 03:31:39      Palisades Acquisition IX LLC,
               Vativ Recovery Solutions, LLC,   c/o Palisades Acquisition IX LLC,   P.O Box 19249,
               Sugar Land, TX 77496-9249
10528568       E-mail/Text: ebn@vativrecovery.com Jun 06 2012 03:31:39      Palisades Acquisition IX LLC,
               Vativ Recovery Solutions, LLC, sba SMC,   P.O.Box 40728,   Houston, TX 77240-0728
10988696      +EDI: AMINFOFP.COM Jun 06 2012 02:03:00      Premier Bank,   PO BOX 5147,
               Sioux Falls, SD 57117-5147
9206031       +E-mail/Text: bankruptcy@rmcorp.biz Jun 06 2012 03:23:03      Regional Finance,   605 W Broadway,
               Myrtle Beach, SC 29577-3814
9206035        EDI: NEXTEL.COM Jun 06 2012 02:03:00      Sprint BANKRUPTCY Dept,   P.O. Box 172408,
               Denver, CO 80217-2408
9455938       +EDI: SALMAESERVICING.COM Jun 06 2012 02:03:00      Sallie Mae ECMC,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre,PA 18706-1496
9206032       +EDI: SALMAESERVICING.COM Jun 06 2012 02:03:00      Sallie Mae-ffelp,   1002 Arthur Dr,
               Lynn Haven, FL 32444-1683
9428415       +EDI: AFNIVERIZONE.COM Jun 06 2012 02:03:00      Verizon,   PO Box 3037,
               Bloomington, IL 61702-3037
9206037       +EDI: AFNIVERIZONE.COM Jun 06 2012 02:03:00      Verizon,   408 Broad Street,
               Charleston, WV 25301-1713
9206039       +EDI: AFNIVERIZONE.COM Jun 06 2012 02:03:00      Verizon Virginia Inc,   500 Technology Dr,
               Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 37
```

```
District/off: 0422-7          User: kobusk              Page 3 of 5                   Date Rcvd: Jun 05, 2012
                              Form ID: B18              Total Noticed: 95


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Focused Recovery Solutions, Inc.
cr*          ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
               Arlington, TX  76096)
10988680*    ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P.O. Box 99605,    Arlington, TX 76096)
10988707*    ++AMERICREDIT,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: Americredit,    P.O. Box 99605,    Arlington, TX 76096)
10988705*     Allied Int,    300 Corporate Exch,    Columbus, OH 43231
10988681*    +AmeriCredit Fin’l Serv Bankrup,    12125 Herbert Wayne Ct.Ste 100,    Huntersville, NC 28078-6317
10988708*    +AmeriCredit Fin’l Serv Bankrup,    12125 Herbert Wayne Ct.Ste 100,    Huntersville, NC 28078-6317
10988714*    +CJW Medical Center,    Post Office Box 99008,    Bedford, TX 76095-9108
10988682*    +Cape Landing,    Robert J Bernhardt,    P.O. Box 30817,    Charlotte, NC 28230-0817
10988709*    +Cape Landing,    Robert J Bernhardt,    P.O. Box 30817,    Charlotte, NC 28230-0817
10988710*    +Capio Partners Llc,    2222 Texoma Pkwy Ste 150,    Sherman, TX 75090-2481
10988684*    +Car Mart,    2706 Williamsburg Road,    Richmond, VA 23231-2033
10988711*    +Car Mart,    2706 Williamsburg Road,    Richmond, VA 23231-2033
10988712*    +Chesterfield County - PP Taxes,    Richard A. Cordle, Treasurer,    Post Office Box 26585,
               Richmond, VA 23261-6585
10988713*    +City of Richmond,    Personal Property Tax Assmnt,    900 E. Broad Street - Rm 102,
               Richmond, VA 23219-1907
10988688*    ++DOMINION VIRGINIA POWER,   PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    Attn: System Credit,
               Post Office Box 26666,    Richmond, VA 23261)
10988715*    ++DOMINION VIRGINIA POWER,   PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
               (address filed with court: Dominion Virginia Power,    Attn: System Credit,
               Post Office Box 26666,    Richmond, VA 23261)
10988716*    +Focused Recovery,    9701 Metropolitan Ct Ste B,    Richmond, VA 23236-3690
10988717*    +Fredericksburg Cr Bur,    10506 Wakeman Dr,    Fredericksburg, VA 22407-8040
10988718*    +G. Woodworth Johnson, DDS,    Courthouse Commons,    418 E. Parham Road,    Henrico, VA 23228
10988721*    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
               (address filed with court: Nco Fin/38,    Po Box 13564,    Philadelphia, PA 19101)
10988692*     MCV Physicians,    fka MCV Associated Physicians,    1605 Rhoadmiller Street,
               Richmond, VA 23220-1100
10988719*     MCV Physicians,    fka MCV Associated Physicians,    1605 Rhoadmiller Street,
               Richmond, VA 23220-1100
10988693*     Michael Wayne Invest,    6348 E Va Beach Blvd,    Norfolk, VA 23502-2827
10988720*     Michael Wayne Invest,    6348 E Va Beach Blvd,    Norfolk, VA 23502-2827
10988722*    +Pettus & Company Realtors,    303 Twinridge Lane,    Richmond, VA 23235-5245
10988723*    +Premier Bank,    PO BOX 5147,    Sioux Falls, SD 57117-5147
10988724*    +Radiology Assc of Richmond,    2602 Buford Road,    Richmond, VA 23235-3422
10988698*    +Rue & Associates,    7264 Hanover Green Drive,    Mechanicsville, VA 23111-1706
10988725*    +Rue & Associates,    7264 Hanover Green Drive,    Mechanicsville, VA 23111-1706
10988726*    +VCU Dept of Pathology,    P. O. Box  758721,    Baltimore, MD 21275-8721
10988700*     VCU Health Systems,    PO Box 758721,    Baltimore, MD 21275-8721
10988727*     VCU Health Systems,    PO Box 758721,    Baltimore, MD 21275-8721
10988701*    +Verizon - Bankrutpcy Dept,    P.O. Box 3397,    Wilmington, IL 61702-3397
10988728*    +Verizon - Bankrutpcy Dept,    P.O. Box 3397,    Wilmington, IL 61702-3397
10988729*    +Virginia Emergency Phy,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
10988730*    +Virginia Emergency Phys LLP,    75 Remittance Drive,    Suite 1151,    Chicago, IL 60675-1151
10988706*    +William Altman, DDS,    714 Seventh Avenue N,    Myrtle Beach, SC 29575-4107
10988731*     Woodforest Nat’l Bank,    Post Office Box 24459,    Houston, TX 77229-4459
10988695     ##+Pettus & Company Realtors,    303 Twinridge Lane,    Richmond, VA 23235-5245
                                                                               TOTALS: 1, * 38, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7          User: kobusk              Page 4 of 5              Date Rcvd: Jun 05, 2012
                              Form ID: B18              Total Noticed: 95
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2012**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-7           User: kobusk              Page 5 of 5              Date Rcvd: Jun 05, 2012
                               Form ID: B18              Total Noticed: 95
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2012 at the address(es) listed below:

          Paul S. Bliley    on behalf of Creditor   Focused Recovery Solutions, Inc.
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Pia J. North    on behalf of Debtor Solomon Burison
           katreena@pianorth.com;lawdesk.northlaw@verizon.net;northlaw@pianorth.com;lawdesk@pianorth.com;billie@pianorth.com;mandy@pianorth.com;pat@pianorth.com;notices.northlaw@earthlink.net;bkynotices@gmail.com
          Sherman B. Lubman    lubmans@comcast.net,   slubman@ecf.epiqsystems.com

                                                                                                  TOTAL: 3